[No. 8650–0–III. Division Three. June 23, 1988.]

JOHN MATTHEWS, *Individually and as Personal Representative, Appellant,* v. BENTON COUNTY PUBLIC UTILITY DISTRICT, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 87–2–00272–9, Albert J. Yencopal, J., entered July 27, 1987. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 8649–6–III. Division Three. June 23, 1988.]

SCHOOL EMPLOYEES OF BENTON AND FRANKLIN COUNTIES FEDERAL CREDIT UNION, *Appellant,* v. DONELLE R. CUNNINGHAM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 86–2–00263–1, Duane E. Taber, J., entered May 22, 1987. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 19958–7–I. Division One. June 27, 1988.]

LUANN MACDONALD, ET AL, *Appellants,* v. FLORENCE L. NELSON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–13720–3, Lloyd W. Bever, J., entered December 19, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Pekelis, J., and Cole, J. Pro Tem.